# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MTGLQ INVESTORS, L.P., | : | No. 2 EM 2020 |
| Respondent | : | |
| v. | : | |
| JONATHAN VALENTIN, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2020, the "Request for Leave to Fle a *Nunc Pro Tunc* Petition for Allowance of Appeal" is DISMISSED. Petitioner previously sought and was denied *nunc pro tunc* relief. *See MTGLQ Investors, L.P. v. Valentin*, 41 EM 2019 (order dated Aug. 1, 2019)